UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Marcelino Mendez-Ruperto
(Plaintiff)

Civil Action No: 3:24cv624

vs.

DA. Andrew Krowiak
Jame Petrucci, Johns
Munley and Joe Gianalopouls
(Defendant(s))

FILED
HARRISBURG, PA
APR 08 2025
PER ____ JBC
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Marcelino Mendez-Ruperto is a citizen of the County Lackawanna State of Pennsylvania and resides at 1371 N. Washington Ave, Scranton Pennsylvania 18509 and wishes to file a complaint under "Civil Rights Violation".

2. The defendant(s) Andrew Krowiak, James Petrucci, John Munley and Joe Gianalopouls are citizens of the County Lackawanna

State of Pennsylvania and are civil servants in the municipality that employs them Lackawanna County Courthouse, 200 North Washington Ave, Scranton Pennsylvania 18503.

3. STATEMENT OF CLAIM: The United States has jurisdiction when a civil action arises under the Constitution, laws, or treaties of the United States under 28 U.S.C. § 1331 and 42. U.S.C § 1983 when any person acting under color state law or statue deprives a United States citizen of their rights. The judicial district for The Middle District of Pennsylvania is the proper venue according to 28. U.S.C § 1391(b) in this civil action at law, I was arrested on 06/07/2024 by the defendant(s) came to the plaintiff's job in Monroe County to pick him up. They have no jurisdiction over the defendant(s) work for the County of Lackawanna, not Monroe County. This is Due Process violation as in Fifth and Fourteeth Amendment Due Process violation that the Equal Protection Clause of the Fourteeth Amendment protects against Abuse on the part of government agencies and citizens as myself, the plaintiff

can shed light without suffering reprisals. The defendants are also guilty of slander as written Possession with Intent to Deliver, Criminal Use of Communication Facility and Fleeing or Attemp to Elude, the publication is the Affidavit and also warrant, the defendants are the publishers. I, the plaintiff never had any type of illegal substances on my persons prior to this encounter nor present. So that is defamatory/slander allegations also no recordings or the plaintiff. Just violations of the plaintiff civil liberty which is cruel and unusual punishment Eight Amendment violation. These charges do not fit the plaintiff. The defendant(s) are exploiting the plaintiff's substance use disorder and racial background to cause harm to the plaintiff in unlegitamate ways. The defendant(s) Refuse to treat and help, the defendant(s) only concerns are to push the envelope on 42 U.S.C §1981, Public Discrimination Equal Rights Under the Law. The plaintiff has been incarcerated for about (10) months and has watch way over (50) male white

caucasions recieve treatment. I, the plaintiff had to detox from taking suboxten programs I, the plaintiff was treated for because of my addiction. I, the plaintiff am a addict, and the defendant(s) knows this. I am also hispanic and minority. I am also a United States citizen and have certain priviledges and immunities secured to I, the plaintiff that the defendants maliously violated and are liable.

4. WHEREFORE, the plaintiff Marcelino Mendez-Ruperto prays that the United States District Court who has jurisdiction under 28. U.S.C § 1331 and 42.U.S.C § 1983, 1981 & 1982, And the venue is the Middle District of Pennsylvania, According to 28.U.S.C § 1391(b). The plaintiff prays this Honorable Court grants relief deem just and proper.

_Marcelino Mendez_   1371 N. Washington Ave
                     Scranton, PA 18509

Marcelino Mendez

Lackawanna County Prison
NAME Marcelino Mendez-Ruperto
BOOKING# 202401727
P.O. BOX 247
Phoenix MD 21131

LEHIGH VALLEY PA 180
4 APR 2025 PM 4 L

CONTENTS MAILED FROM CORRECTIONAL FACILITY

Peter J. Welsh
1501 North 6th Street
Suite 101
Harrisburg, PA 17102

17102-110401